**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

DILLON                              v. L'OREAL                          No. 06-1723-BEN(LSP)

HON. LEO S. PAPAS      CT. DEPUTY TRISH LOPEZ        Rptr.
                                    Attorneys
       Plaintiffs                                              Defendants

The Settlement Disposition Conference set for December 7, 2006 at 4:00 p.m. is vacated.  Dismissal received.

DATED: November 27, 2006

_____
Hon. Leo S. Papas
U.S. Magistrate Judge