FILED

2006 DEC 19  AM 11:00

CLERK US DIST ... COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___RM___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DILLON,<br><br>        Plaintiff,<br><br>   v.<br><br>L'OREAL USA, INC., and TROY MAIER,<br><br>        Defendants. | CASE NO. '06 CV 1723 BEN LSP<br><br>**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO JOINT MOTION FOR DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(2)] |

## ORDER

On December 15, 2006, Plaintiff JENNIFER DILLON, by and through her counsel, and Defendants L'ORÉAL USA, INC. and TROY MAIER, by and through their counsel, jointly moved the Court for an Order dismissing this civil action in its entirety *with prejudice*. This joint motion was brought pursuant to Federal Rule of Civil Procedure 41(a)(2).

Having fully considered the joint pleadings, and good cause appearing, IT IS ORDERED that this civil action is dismissed in its entirety *with prejudice*.

IT IS SO ORDERED.

Dated: 12/18/06

Hon. Roger T. Benitez
Judge of the United States District Court

Jointly presented by:

DATED: December 15, 2006

MARY C. DOLLARHIDE
ALICIA I. GETCHELL
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: *Alicia Getchell*
ALICIA I. GETCHELL

Attorneys for Defendants
L'ORÉAL USA, INC. and TROY MAIER

DATED: December 15, 2006

L.B. CHIP EDELSON
JOANN F. REZZO
EDELSON & REZZO

By: *JoAnn F. Rezzo*
JOANN F. REZZO

Attorneys for Plaintiff
JENNIFER DILLON